## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.:  16-30201 |
| | ) | Chapter 7 |
| J3 Advanced | ) | |
| Engineering Technologies, Inc., | ) | **NOTICE AND MOTION FOR SALE** |
| | ) | **OF REAL ESTATE FREE AND CLEAR** |
| Debtor. | ) | **OF LIENS AND ENCUMBRANCES** |
| | ) | **PURSUANT TO 11 U.S.C.  § 363(f)** |

      1.      Gene W. Doeling, the trustee of the bankruptcy estate of the above-named debtors, hereby seeks to sell certain real estate free and clear of liens and encumbrances, pursuant to 11 U.S.C. 363(f).

      2.      This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bank. P. 6004.  This proceeding is a core proceeding.  On April 26, 2016, an involuntary bankruptcy petition was filed against the debtor.  The Order For Relief was filed on July 13, 2016. The case is now pending in this court.

      3.      This motion arises under 11 U.S.C. § 363(f) and Fed. R. Bankr. P. 6004.

      4.      The Trustee requests that the Court issue an order authorizing the sale of the following real estate, free and clear of all liens and encumbrances:

> **W ½ of Lot 2, Block 1, Don Sorenson Petroleum Park Subdivision, a Rearrangement of Sublot #4 located in E ½, Section 24, Township 154 North, Range 102 West, of the 5th P.M., Williams County, North Dakota, according to the recorded Plats thereof on file in the office of the County Recorder for said County and State.**

The property is generally known as 5043 Petroleum Drive, Williston, ND 58801.  The Trustee proposes to the sell the real estate to 1oak, LLC, a State Limited Liability Company**,** P.O. Box 393, Farmington, NM 87499, for the sum of $1,185,000.00.  The Trustee has a Purchase Agreement with the purchaser, setting forth the terms of the sale with a sale closing date of approximately 30 days.

      5.      The Trustee requests that the sale be made free and clear of liens and encumbrances, pursuant to 11 U.S.C. 363(f) and that the Court issue an order finding that all liens and encumbrances against such property be avoided.  The liens and encumbrances which the trustee seeks to avoid include, but are not limited to the following:

            A.      Construction Lien in favor of Colima's Concrete Incorporated, recorded on April 11, 2016 as Doc. No. 821513, (estimated payoff amount of $18,709.30, plus 10% collection fee, as of April 20, 2017);

            B.      Construction Lien in favor of Agricultural Express, Inc., recorded on April 22, 2016 as Doc. No. 821910,  (estimated payoff amount of $15,895.00, plus interest, as of April 20, 2017);

    C.    Judgment in favor of Agricultural Express, Inc., a Montana Corporation, filed on March 8, 2016 as Doc. No. 2016-CV-0359 in the amount of $147,223.81, plus 6.50% interest, as of April 20, 2017;

    D.    Judgment in favor of Prairie Supply, Inc., filed on March 18, 2016 as Doc. No. 2016-SC-0052 in the amount of $3,301.48, plus 6.50% interest, as of April 20, 2017;

    E.    Judgment in favor of Keller Supply, Inc., filed on April 28, 2016 as Doc. No. 2016-CV-0616 in the amount of $32,166.45, plus 6.50% interest, as of April 20, 2017;

    F.    Judgment in favor of Gene Hansen and Sons Trucking, Inc., filed on May 10, 2016 as Doc. No. 2016-CV-0650 in the amount of $34,605.00, plus 6.50% interest, as of April 20, 2017.

6.    To the Trustee's knowledge, after a thorough and diligent search, no liens or encumbrances other than those described above, exist against the real estate. The Trustee alleges that the sale price of the real estate exceeds the liens to be avoided and the exemption to be paid to the debtor. Further, each of the lienholders can be compelled to accept a money satisfaction of its interest. The Trustee may sell the property free of the liens and encumbrances pursuant to 11 U.S.C. 363(f), which provides:

> (f) The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if-
> . . .
> (3)    such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> . . .
> (5)    such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

The Trustee meets the requirements of each of these sections and is authorized to sell the real estate free and clear of the liens identified.

7.    The trustee further moves the Court that he be authorized to distribute the sale proceeds as follows:

    A.    To the tax assessor 2015 and 2016 real estate taxes (estimated to be $16,206.32) and a prorata portion of the taxes payable in 2017 through the date of closing;

    B.    To the Williams County Recorder, all recording fees for the documents to be filed to effectively convey the real estate to the purchaser free and clear of liens and encumbrances;

    C.    To the bankruptcy estate's broker, Energy Real Estate Solutions, LLC a fee of 6% of the sale price of $1,185,000.00, which totals $71,100;

    D.    Any past due gas, electric, or other utility bills;

  E. Cost for deed preparation;

  F. Expense for Title Insurance Commitment;

  G. Expense for issuance of ALTA Owner's title policy to Buyer, including any usual and customary endorsements available in North Dakota requested by Buyer;

  H. Fees and costs related to correction of any Title issues;

  I. One-half of fees of Escrow Agent;

  J. One-half of fees of Closing Agent, and

  K. The balance of the funds to be retained by the bankruptcy estate pending further order of this court.

  8. The sale funds are to be held by the trustee pending final determination of the competing claims to the funds by Colima's Concrete, Inc., Agricultural Express, Inc., Prairie Supply, Inc., Keller Supply, Inc., and Gene Hanson and Sons Trucking, Inc. referenced in Paragraph 5. The trustee believes these judgment liens and construction liens may be avoidable by the bankruptcy estate and requests that these funds be held in trust pending Court determination of whether these claims can be avoided.

  9. The Trustee alleges that any tax consequence of this transaction shall be smaller than the net recovery that will be received by the bankruptcy estate.

  The Trustee respectfully requests that the Court issue an order authorizing the sale of the real estate free and clear of liens, avoiding all liens against the real estate, and that the sale proceeds be distributed as requested.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATED: May 11, 2017            /s/ Gene W. Doeling_____
                    Bankruptcy Trustee
                    PO Box 9231
                    Fargo, ND  58106-9231
                    701-232-8757

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: ) | Bky. Case No.: 16-30201 |
| ) | Chapter 7 |
| J3 Advanced ) | |
| Engineering Technologies, Inc., ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtor. ) | |
| _____ ) | |

Gene W. Doeling of Fargo, ND, swears that on May 11, 2017, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND MOTION FOR SALE OF REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(f)**

to the parties listed below:

- Sara Diaz    sara@bulielaw.com, ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;fargo@bulielaw.com
- Michael Gust    mlgfilings@andersonbottrell.com, bbjorem@andersonbottrell.com
- Roger J. Minch    rminch@serklandlaw.com, snewberger@serklandlaw.com
- Robert B. Raschke    USTPRegion12.SX.ECF@usdoj.gov

6-30201|Agricultural Express, Inc. |Attn:  Carl Baltrusch|5044 Midland Road|Billings, MT 59101-6371|||
16-30201|Apostolou-Beret Holdings |500 Kennedy Blvd|Suite 200|Tamp, FL 33602-4936|||
16-30201|Buxbaum 5, LLC |Ronald Buxbaum, President|312 Interstate Ave. N.|Fairview, MT 59221-9301|||
16-30201|Four Seasons Equipment of North Dakota, LLC |Attn: Brad Brousseau|5033 Jackson Street|Williston, ND 58801-4021|||
16-30201|General Equipment & Supplies, Inc. |Attn:  Sara Frith|4300 Main Avenue|Fargo, ND 58103-1128|||
16-30201|J3 Advanced Engineering Technologies, Inc. |5043 Petroleum Park Drive|Williston, ND 58801-9355||||
16-30201|Pinky's Aggregates, Inc. |Attn:  Dale Honsey|3731 86th Street NE|Rolette, ND 58366-9012|||
16-30201|Super Rock |Attn: Dario Bergamo|7200 Miller Drive|Warren, MI 48092-4727|||
16-30201|The Globale Group, LLC |Attn: Dario Bergamo|7200 Miller Drive|Warren, MI 48092-4727|||
16-30201|1804 TRUCK PARTS |110 WASHINGTON AVE|Williston, ND 58801-6034| |||
16-30201|3D Specialties |6037 138th Ave. NW|Williston, ND 58801-8832| |||
16-30201|3D Specialties, Inc. |c/o Joseph Currier|1110 25th Avenue North|Fargo, ND 58102-1889|
16-30201|640 Energy, LLC |1400 16th St Ste 400|Denver, CO 80202-5995| |||
16-30201|640 Energy, LLC |5589 146th Ave NW|Williston, ND 58801-9513| |||
16-30201|A & F Electric, Inc. |2128 4TH AVE W.|Williston, ND 58801-3423| |||
16-30201|ABCO Recycling |109 6TH AVE SE 4581|Watford City, ND 58854-7336| |||
16-30201|ABCO Recycling, LLC |15404 E. Springfield Ave. Ste 200|Spokane Valley, WA 99037-

8569| |||
16-30201|ALTITUDE ANALYSIS, INC. |2620 COMMERCIAL WAY STE 41|Rock Springs, WY 82901-4723| |||
16-30201|Agri Industries |3105 2ND ST W PO BOX 1166|Williston, ND 58802-1166| |||
16-30201|Agri Industries, Inc. |1775 S. Central Ave.|Sidney, MT 59270-5524| |||
16-30201|Agricultural Express, Inc. |Attn: Carl Baltrusch|5044 Midland Road|Billings, MT 59101-6371| ||duplicate
16-30201|Ahern |5008 144M Ln NW|Williston, ND 58801-9113| |||
16-30201|Alamo Fire Department |13257 75th St NW|Alamo, ND 58830-9574| |||
16-30201|All In Oilfield Services |PO Box 4144|Williston, ND 58802-4144| |||
16-30201|All In Oilfield/Riviera Finance |PO Box 310243|Des Moines, IA 50331-0243| |||
16-30201|All In Trucking |1106 18TH ST W|Williston, ND 58801-3851| |||
16-30201|Allstate Peterbilt Group |PO Box 270710|Minneapolis, MN 55427-6710| |||
16-30201|Allstate Peterbuilt |13579 58th Street Northwest|Williston, ND 58801-8914| |||
16-30201|American Engineering Testing |5051 Owan Industrial Park Drive|Williston, ND 58801-9066| |||
16-30201|American Engineering Testing, Inc. |550 Cleveland Avenue North|St. Paul, MN 55114-7612| |||
16-30201|AMES CONSTRUCTION |14420 COUNTY ROAD 5|BURNSVILLE MN  55306-6997|USPS change
16-30201|Apostolou-Berset Holdings, LLC |C/O Attorney Roger Minch|PO Box 6017|Fargo, ND 58108-6017| ||
16-30201|Apostolou-Berset Holdings, LLC |c/o Roger J. Minch|Serkland Law Firm|10 Roberts Street|Fargo, ND 58102-4982| |
16-30201|Applied Industrial Tech |4928 40R Lane NW Ste 102|Williston, ND 58801| |||
16-30201|Applied Industrial Technologies |c/o Dianne Misenko|One Applied Plaza|Cleveland, OH 44115-2519| ||
16-30201|Arrow Magnolia International |PO Box 59089|Dallas, TX 75229-1089| |||
16-30201|Ash Grove Cement Co. |5 Centerpoint Drive Suite 350|Lake Oswego, OR 97035-8682| |||
16-30201|Ash Grove Cement Company |2 Centerpointe Dr, Ste 320|Lake Oswego, OR 97035-8628|
16-30201|Associated Redi-mix |14136 Petroleum Park Drive|Williston, ND 58801-9363| |||
16-30201|Avery Enterprizes |PO Box 886|Stanley, ND 58784-0886| |||
16-30201|BASF Corporation |PO Box 121151|Dallas, TX 75312-1151| |||
16-30201|Bakken Aggregates |115 S 48TH ST|Tempe, AZ 85281-2312| |||
16-30201|Beaver Creek Archeology, Inc. |1632 Capitol Way|Bismarck, ND 58501-2100| |||
16-30201|Bedrock Gravel Co. LLC |PO Box 938|Roundup, MT 59072-0938| |||
16-30201|Big Sky Battery |324 26TH ST E|PO BOX 1852|Williston, ND 58802-1852| ||
16-30201|Buehner Construction, LLP |376 98th Ave. NW|Dunn Center, ND 58626-9662| |||
16-30201|Buxbaum 5 LLC |312 Interstate Ave. North|Fairview, MT 59221-9301| |||
16-30201|C & D Ice Services |630 E BROADWAY|Williston, ND 58801-6104| |||
16-30201|C & D Water Services |630 E BROADWAY|Williston, ND 58801-6104| |||
16-30201|CHAPMAN LAW OFFICE |417 1ST AVE E|Williston, ND 58801-5442| |||
16-30201|CK AUTO INC |3405 GLOBAL DR|BISMARCK ND  58501-2510|USPS change
16-30201|CQ of Williston |1300 2nd Ave W|Williston, ND 58801-4105| |||
16-30201|Centimark Corporation |12 Grandview Cir.|Canonsburg, PA 15317-8533| |||
16-30201|Centimark Corporation |c/o Lamont Hanley & Associates|1138 Elm St.|Manchester, NH 03101-1531| ||
16-30201|Certified Laboratories |23261 Network Place|Chicago, IL 60673-1232| |||
16-30201|Certified Power |11081 32nd Street SW|Dickinson, ND 58601-9417| |||
16-30201|Charter Communications |3993 Heritage Place Nw|Rochester, MN 55901-3067| |||

16-30201|Cigna |900 COTTAGE GROVE RD|Bloomfield, CT 06002-2920| |||
16-30201|City of Williston |PO Box 1306|Williston, ND 58802-1306| |||
16-30201|Clearcheck Workplace Screening |401 2nd St W|Williston, ND 58801-5905| |||
16-30201|Colimas Construction |PO Box 6059|Williston, ND 58802-6059| |||
16-30201|Copro |1302 2nd Ave. W.|Williston, ND 58801-4105| |||
16-30201|Corcoran Sand and Gravel |PO Box 1472|Billings, MT 59103-1472| |||
16-30201|Corinne Fallacaro |4132 Carriage Circle|Sarasota, FL 34241-6111| |||
16-30201|Dakota Diesel |1105 East Broadway|PO Box 2188|Williston, ND 58802-2188| ||
16-30201|Dakota Diesel USA Inc |PO Box 2188|Williston, ND 58802-2188| |||
16-30201|Dakota Supply Group |2601 3rd ave N|PO Box 2886|Fargo, ND 58108-2886| ||
16-30201|Dalbo, Inc. |355 S 1000 E|Vernal, UT 84078-2838| |||
16-30201|Dalbo, Inc. |PO Box 98|Roosevelt, UT 84066-0098| |||
16-30201|Derek Berset |1 Beach Drive SE Suite 230|Saint Petersburg, FL 33701-3972| |||
16-30201|Derek Berset |Christina Casadonte-Apostolou|500 E. Kennedy Blvd., Suite 200|Tampa, FL 33602-4936| ||
16-30201|Design Space Modular Buildings |25212 Marguerite PKWY STE 200|Mission Viejo, CA 92692-2929| |||
16-30201|Design Space Modular Buildings |PO Box 31001|Pasadena, CA 91110-1566| |||
16-30201|Design Space Modular Buildings Inc. |14073 Highway 2|Williston, ND 58801-9005| |||
16-30201|Divide Constructors |543 N 2nd St|Johnstown, CO 80534| |||
16-30201|Divide Constructors |PO Box 438|Berthoud, CO 80513-0438| |||
16-30201|Douglas Hookland |Scott Hookland LLP|PO Box 23414|Portland, OR 97281-3414| ||
16-30201|EHC, LLC |251 Lane 7 1/2 Hwy 310|Deaver, Wyoming  82421| |||
16-30201|Esco Supply |14785 Collection Center Drive|Chicago, IL 60693-0147| |||
16-30201|Esco Supply |2141 NW 25th Ave|Portland, OR 97210-2578| |||
16-30201|Evco House of Hose |650 Washington RD STE 500|Pittsburgh, PA 15228-2714| |||
16-30201|Evco House of Hose |PO Box 644819|Pittsburgh, PA 15264-4819| |||
16-30201|Evergreen Lodging |9995 Highway 50|Powers Lake, ND 58773-9223| |||
16-30201|Expert Auto Glass |8802 S 700 E|Sandy, UT 84070-1856| |||
16-30201|Fastenal Company |2211 2nd Ave. W.|Williston, ND 58801-3409| |||
16-30201|FedEx | |||||undeliverable
16-30201|Focus Energy C/O TCI Business |9185 Paysphere Circle|6645 62 1/2 Ave. NW|Chicago, IL 60674-0001| ||
16-30201|Focus Energy, Inc. |C/O Hal Reiser|111 E. Broadway 11th Floor|Salt Lake City, UT 84111-5225| ||
16-30201|Found It Now |4327 4th Ave W|Williston, ND 58801| |||
16-30201|Four Seasons Equipment of ND, LLC |5524 West Ledbetter Drive|Dallas, TX 75236-1304| |||
16-30201|Freestone Construction, LLC |11 16 ST E|PO BOX 329|Waynesville, NC 28786-0329| ||
16-30201|G & K Services |314 E Thayer Ave|Bismarck, ND 58501-4018| |||
16-30201|G & K Services, Inc |1250 Kuhn Drive|Saint Cloud, MN 56301-9193| |||
16-30201|G-Style/LSQ Funding Group, LC |2600 Lucien Way Ste 100|Maitland, FL 32751-7064| |||
16-30201|G/C Communication, Inc. |618 Main St. Ste. 5|Williston, ND 58801-5328| |||
16-30201|GCC of America |PO Box 671507|Dallas, TX 75267-1507| |||
16-30201|GLASOE CONSTRUCTION |PO BOX 7757|Williston, ND 58803-0496| |||
16-30201|Gaffaneys Total Office Source |PO Box 910|Williston, ND 58802-0910| |||
16-30201|Gene Hansen and Sons Trucking |PO Box 10027 M 32 W|Herron, MI 49744-9790| |||
16-30201|Gene Hansen and Sons Trucking inc |10027 M-32 PO BOX 60|herron, MI 49744-0060| |||
16-30201|General Distribution CO |PO Box 2606|Great Falls, MT 59403-2606| |||
16-30201|General Equipment & Supplies |Attn: Sara Frith|4300 Main Ave|Fargo, ND 58103-1128|

||duplicate
16-30201|George Apostolou |275 1st St. West|Saint Petersburg, FL 33715-1704| |||
16-30201|George Apostolou |Christina Casadonte-Apostolou|500 E. Kennedy Blvd Suite 200|Tampa, FL 33602-4936| ||
16-30201|Gus's Roofing |PO BOX 4635|Williston, ND 58802-4635| |||
16-30201|HOME OF ECONOMY |JOHNSON & AUTREY PLLP|215 N 3RD STREET, STE. 208|GRAND FORKS, ND 58203-3736| ||
16-30201|Haley Beaudry |P. O. Box 4791|1138 E. Second Street|Butte, MT 59701-2714| ||
16-30201|Harish Patel |12225 28th St. N. Suite A|Saint Petersburg, FL 33716-1860| |||
16-30201|Harish Patel |Christina Casadonte-Apostolou|500 E Kennedy Blvd Suite 200|Tampa, FL 33602-4936| ||
16-30201|Headwaters Resources Inc. |10701 S River Front Parkway STE 300|South Jordan, UT 84095-3524| |||
16-30201|Heidi McGillivray |PO Box 338|Trenton, ND 58853-0338| |||
16-30201|Heidi McGillivray; Julia Streich |Mary Beth Ferguson|PO Box 187|Trenton, ND 58853-0187| ||
16-30201|Herc-U-Lift |14 74th St E|Williston, ND 58801-7346| |||
16-30201|Herculift, Inc. |5655 W. Hwy 12|Po Box 69|Maple Plain, MN 55359-0069| ||
16-30201|Home of Economy Inc. |2165 N 42nd Street|Grand Forks, ND 58203-1305| |||
16-30201|Hometown Heating & Cooling |57 Gemstone Drive|Belgrade, MT 59714-9637| |||
16-30201|Hose and Rubber Supply |2209 4th Ave. W|Williston, ND 58801-3424| |||
16-30201|IBS Inc |740 Clay St. NW|PO Box 1717|Auburn, WA 98071-1717| ||
16-30201|IHD Solids Management, LLC |1408 20th Ave SW STE 11|Minot, ND 58701-6494| |||
16-30201|IHD Solids Management, LLC |PO Box 912930|Denver, CO 80291-2930| |||
16-30201|IRET |c/o ProCollect Services LLC|P.O. Box 389|Minot, ND 58702-0389| ||
16-30201|Ideal Manufacturing/Fastway |2011 Harnish Blvd.|Billings, MT 59101-6249| |||
16-30201|Internal Revenue Service |Centralized Insolvency Operation|P O Box 7346|Philadelphia, PA 19101-7346| ||
16-30201|Interstate Power Systems |314 E Thayer Ave|Bismarck, ND 58501-4018| |||
16-30201|Interstate Powersystems |3805 4th Ave. W|Williston, ND 58801-2624| |||
16-30201|J.J. Keller |PO Box 6609|Carol Stream, IL 60197-6609| |||
16-30201|JOHNSON & AUTREY PLLP |215 N 3RD STREET, STE. 208|GRAND FORKS, ND 58203-3736| |||
16-30201|Jeremy P. Knutson |1260 Yankee Doodle Road, Ste 200|Eagan, MN 55121-2201| |||
16-30201|Jim's Towing |409 32ND Ave NW|West Fargo, ND 58078-7102| |||
16-30201|Johnson Lane Enterprises |Po Box 31017|Billings, MT 59107-1017| |||
16-30201|Jones Construction Service LLC |34975 Hwy 23|PO Box 1489|Sidney, MT 59270-1489| ||
16-30201|K & R Roustabout Service |1 Stanley St|Killdeer, ND 58640| |||
16-30201|K&R Roustabout Inc. |P.O. Box 210|Killdeer, ND 58640-0210| |||
16-30201|KDSR Radio |723 15th Street West|Williston, ND 58801-3936| |||
16-30201|Keller Supply Company |3209 17th Avenue West|Seattle, WA 98119-1792| |||
16-30201|Kelly Pomeroy |115 34TH ST W|PO BOX 479|Williston, ND 58802-0479| ||
16-30201|Kelly Pomeroy Trucking, LLC |1769 Jackson Road|Weiser, ID 83672-5541| |||
16-30201|King Oil Field Services, LLP |315 Main St. #668|New Town, ND 58763-4000| |||
16-30201|Kohler Communications |14012 W Front Street|Williston, ND 58801-8609| |||
16-30201|Kristen Berset |1 Beach Drive SE. Suite 230|Saint Petersburg, FL 33701-3972| |||
16-30201|Kristen Berset |Christina Casadonte-Apostolou|500 E. Kennedy Blvd Suite 200|Tampa, FL 33602-4936| ||
16-30201|Kuck Trucking |227 Glenhaven Dr.|Billings, MT 59105-3503| |||
16-30201|L.W. Miller Truck/Trailer |94 400 West|North Salt Lake, UT 84054-2801| |||

16-30201|Les Olson |3639 100th Ave SW|Gladstone, ND 58630-9532| |||
16-30201|Lyrec |PO Box 1047|Sidney, MT 59270-1047| |||
16-30201|MLH TRANSPORTATION, INC |560 W TAYLOR AVE|PO BOX 842490|Hildale, UT 84784-2490| ||
16-30201|MONTANA-DAKOTA UTILITIES CO. |121 8th Ave. W.|Williston, ND 58801-5935| |||
16-30201|Mark Berset |1 Beach Drive SE. Suite 230|Saint Petersburg, FL 33701-3972| |||
16-30201|Mark Berset |Christina Casadonte-Apostolou|500 E. Kennedy Blvd Suite 200|Tampa, FL 33602-4936| ||
16-30201|Michael L. Forman |600 N. Carroll Avenue|Suite 100|Southlake, TX 76092-6496| ||
16-30201|Michael L. Gust |Attorney at Law|PO Box 10247|Fargo, ND 58106-0247| ||
16-30201|Mid Valley Concrete Pumping |5814 Sherman Lane|Williston, ND 58801-9073| |||
16-30201|Mid-Valley Concrete Pumping, LLC |PO Box 2622|Williston, ND 58802-2622| |||
16-30201|Modern Machinery |7850 S. Frontage Rd|Billings, MT 59101-6217| |||
16-30201|Modern Machinery Co. Inc. |PO Box 16660|Missoula, MT 59808-6660| |||
16-30201|Montana Construction Company |711 14th St W|Williston, ND 58801-4031| |||
16-30201|Montana Dakota Scales |13217 HIGHWAY 200|Fairview, MT 59221-9447| |||
16-30201|Montana Department of Revenue |Attn:  Bankruptcy Unit|P.O. Box 7701|Helena, MT 59604-7701| ||
16-30201|Montana Private Reserve LLC |2020 Ernest Ave|Missoula, MT 59801-8212| |||
16-30201|Montana Tech |1300 West Park Street|Attn: Marissa Bentley|Butte, MT 59701-8997| ||
16-30201|Montana-Dakota Utilities Co. |P.O. Box 5600|Bismarck, ND 58506-5600| |||
16-30201|Mountrail-Williams Electric Cooperative |4904 2nd Ave W|P.O. Box 1346|Williston, ND 58802-1346| ||
16-30201|ND One Call |PO Box 1015|Bismarck, ND 58502-1015| |||
16-30201|Napa Myers Auto Parts |1915 2nd Ave W|Williston, ND 58801-3403| |||
16-30201|Nebo Development |501 12th Ave. SE Suite 104|PO Box 609|Williston, ND 58802-0609|
16-30201|Nemont |61 HWY 13 S.|P.O. Box 600|Scobey, MT 59263-0600| ||
16-30201|Newland & Company |2900 Lexington Ave|PO Box 3006|Butte, MT 59702-3006| ||
16-30201|North Dakota DOT |608 E Boulevard Ave|Bismarck, ND 58505-0606| |||
16-30201|North Dakota One Call |7223 Parkway Drive Suite 210|Hanover, MD 21076-1392| |||
16-30201|North Dakota Steel |2920 1st Ave. W. Ste A|Williston, ND 58801-3030| |||
16-30201|North Dakota Steel |4056 E 300 N|PO Box 498|Rigby, ID 83442-0498| ||
16-30201|North Dakota Steel |c/o Briggs Built Metal, Inc.|PO Box 498|Rigby, ID 83442-0498| ||
16-30201|Northwest Grading |6960 North 4th St.|Coeur D Alene, ID 83815-8781| |||
16-30201|Northwestern Energy Employees FCU |2100 Harrison Ave|Butte, MT 59701-6004| |||
16-30201|O'Keeffe, O'Brien, Lyson & Foss |720 Main Avenue South|Fargo, ND 58103-1801| |||
16-30201|OE Construction Company |16702 W 56th Dr|Golden, CO 80403-2206| |||
16-30201|Office Of State Tax Commissioner |600 E. Boulevard Avenue|Department 127|Bismarck, ND 58505-0552| ||
16-30201|Ohnstad Twichell, PC |PO Box 458|West Fargo, ND 58078-0458| |||
16-30201|Oil Capital Ready Mix |424 32ND AVE W STE 26 # 1344|Williston, ND 58801-6954| |||
16-30201|Oil Capital Ready Mix LLC |1027 Welo St|Tioga, ND 58852-7310| |||
16-30201|Pacific Steel & Rec |13904 West Front Street|PO Box 1315|Williston, ND 58802-1315| ||
16-30201|Petroleum Services |PO Box 1486|Williston, ND 58802-1486| |||
16-30201|Pilot Thomas Logistics, LLC |314 E THAYER AVE|Bismarck, ND 58501-4018| |||
16-30201|Pilot Thomas Logistics, LLC |777 Main St. Suite 2000|Fort Worth, TX 76102-5332| |||
16-30201|Pinky's Aggregate |Attn: Dale Honsey|3731 86th St NE|Rolette, ND 58366-9012| ||
16-30201|Prairie Scale Systems, Inc |7805 112th Ave. S.|Horace, ND 58047-9564| |||
16-30201|Prairie Supply Inc |460 7TH AVE NE|PO BOX 118|West Fargo, ND 58078-0118| ||
16-30201|Protek |1011 Murray Holladay Road #102|Salt Lake City, UT 84117-5028| |||

16-30201|ROYAL TIRE, INC. |1709 N 19TH ST STE 3|Bismarck, ND 58501-2121| |||
16-30201|Regent Power & Compression, LLC |5303 Vasquez Blvd|Commerce City, CO 80022-3712| |||
16-30201|Richard Sargent |711 14th St W|Williston, ND 58801-4031| |||
16-30201|Robert B Winters |824 W Bradbury Canyon Lane|Coalville, UT 84017-5510| |||
16-30201|Robert Brian Winters/Red |824 W Bradbury Canyon Lane|Coalville, UT 84017-5510| |||
16-30201|Rocky Mountain Recovery |101 Hastings Horseshoe|Powell WY 82435-8111| |||
16-30201|Royal Tire, Inc |PO Box 1450|NW 7858|Minneapolis, MN 55485-7828| ||
16-30201|Ryan Motors |1212 W. 2nd Street|Williston, ND 58801-5806| |||
16-30201|SMInc Structural Materials |PO Box 2107|Fargo, ND 58107-2107| |||
16-30201|Select Ford and Mercury |202 1ST AVE EAST|PO BOX 1058|Williston, ND 58802-1058| ||
16-30201|Shinn Construction |7307 160th St|Albia, IA 52531-8725| |||
16-30201|Snapon Tools |1511 Main Street|Williston, ND 58801-4240| |||
16-30201|Structural Materials Inc |1401 40TH ST NW|PO BOX 2107|Fargo, ND 58107-2107| ||
16-30201|Super Rock |Attn: Dario Bergamo|7200 Miller Drive|Warren, MI 48092-4727| ||duplicate
16-30201|The Globale Group |Attn: Dario Bergamo|7200 Miller Drive|Warren, MI 48092-4727| ||duplicate
16-30201|Tractor and Equipment Co. |PO Box 3562|Seattle, WA 98124-3562| |||
16-30201|United States Attorney |655 1st Ave N Ste 250|Fargo, ND 58102-4932| |||
16-30201|Vac-u-Jet |PO Box 16748|Missoula, MT 59808-6748| |||
16-30201|Val Kraljic |17863 Concord St NW|Elk River, MN 55330-5638| |||
16-30201|Valley View RV Park |14018 49TH ST NW|Williston, ND 58801-8623| |||
16-30201|Valley View RV Park, LLC |600 N. Carroll Avenue|Suite 100|Southlake, TX 76092-6496| ||
16-30201|Verizon |Post Office Box 4005|Acworth, GA 30101-9006| |||
16-30201|WE INTEGRATE, LLC |525 20TH AVE SE|Minot, ND 58701-6636| |||
16-30201|WE Integrate |ProCollect Services LLC|PO Box 389|Minot, ND 58702-0389| ||
16-30201|WILLISTON APARTMENTS LLC |51 BROADWAY N STE 600|Fargo, ND 58102-4970| |||
16-30201|Wade Hurley |4720 142nd Ave. NW|Williston, ND 58801-9302| |||
16-30201|Whitmore Sales, Inc. |1415 Oliver Ave. N.|Saint Paul, MN 55114| |||
16-30201|Williams County Tax |205 E Broadway|Williston, ND 58801-6123| |||
16-30201|Yvonne M. Hurley Family Mineral Trust |4718 142nd Ave. NW|Williston, ND 58801-9302| |||
16-30201|ryan motors inc |1212 2nd st w|williston, ND 58801-5806| |||
16-30201|Darrel D. Horab |Horab & Wentz|P.O. Box 1021|Fargo, ND 58107-1021|||
16-30201|Michael Elliott |Energy Real Estate Solutions, LLC|1675 Broadway, Suite 1975|Denver, CO 80202-4728|||
16-30201|ROBERT HELBLING |HELBLING AUCTIONEERS|321 HIGHWAY 46|KINDRED ND  58051-9565|USPS change
16-30201|Scott W. Wentz |Horab & Wentz|P.O. Box 1021|Fargo, ND 58107-1021 |||

The Office of the U.S. Trustee will be served electronically.

                                      /s/ Gene W. Doeling_____
                                      Gene W. Doeling